IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  :
:
v.  :  1:25CR419-1
:
CHRISTIAN WOLFE DANIELS,  :
also known as "Clyde Franco"  :

The Grand Jury charges:

COUNT ONE

On or about November 13, 2025, in the County of Rowan, in the Middle District of North Carolina, CHRISTIAN WOLFE DANIELS, also known as "Clyde Franco," did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically:



Clyde Franco
November 13 at 9:05 AM

Wait wait wait wait.. Donald J. Trump you arent just RELATED TO HITLER ARE YOU?? YOU ARE HIM! You reincarnated the YEAR AFTER HE DIED!! DONT LET HIM LEAVE THAT FUCKIN WHITE HOUSE! THAT IS GODDAMN DEMAND NOT A FUCKIN REQUEST AT ALL! THIS IS A CHANCE FOR THIS ACTUALLY TO END AND THE GLOBAL POPULATION TO SEE THAT OUR ENTIRE BELIEF ON SPIRITUALITY AND ETC IS TRUE! WHOEVER ALLOWS HIM OR ANY MEMBER OF HIS ADMINISTRATION, OR IF ANYONE OF THEM ATTEMPT TO LEAVE. STOP THEM BY ANYMEANS BUT DJT IS TO BE TAKEN ALIVE NOT KILLED! DONALD ILL BE SEEING YOU EYE TO EYE! I WILL BE THE LAST THING YOUR EYES SEE AS YOU DRAW YOUR LAST BREATHE!

in violation of Title 18, United States Code, Section 871(a).

## COUNT TWO

On or about November 14, 2025, in the County of Rowan, in the Middle District of North Carolina, CHRISTIAN WOLFE DANIELS, also known as "Clyde Franco," did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically:



in violation of Title 18, United States Code, Section 871(a).

## COUNT THREE

On or about November 17, 2025, in the County of Rowan, in the Middle District of North Carolina, CHRISTIAN WOLFE DANIELS, also known as "Clyde Franco," knowingly did transmit in interstate and foreign commerce a communication to Alexis Wilkins containing a threat to injure the person of another, specifically:



in violation of Title 18, United States Code, Section 875(c).

DATED: December 15, 2025

DAN BISHOP
United States Attorney

*[signature]*

BY: ERIC L. IVERSON
Assistant United States Attorney

A TRUE BILL:

_____

FOREPERSON